IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, | Civil Action No. 2:23-cv-00939-DCN |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| MICHAEL WILLIAMS, SUSAN WILLIAMS, AND VIRGINIA MARSHALL, individually and in her capacity as Trustee of the MARSHALL LIVING TRUST DATED NOVEMBER 23, 1987, | |
| Defendants. | |

Please take notice that William R. Warnock of the law firm of Womble Bond Dickinson (US) LLP hereby appears as counsel for Defendant Virginia Marshall, individually and in her capacity as Trustee of the Marshall Living Trust Dated November 23, 1987 ("Defendant"), and requests that he be served with all notices, motions, pleadings and other documents to which Defendant is entitled.

WOMBLE BOND DICKINSON (US) LLP

s/William R. Warnock
C. Allen Gibson, Jr. (Fed. Bar # 2088)
William R. Warnock, Jr., Fed. ID #104608
Andrea L. McDonald, Fed. ID #13663
5 Exchange St.
Charleston, SC  29401
843-722-3400
Allen.Gibson@wbd-us.com
Bill.Warnock@wbd-us.com
Andi.McDonald@wbd-us.com
*Attorneys for VIRGINIA MARSHALL, individually and in her capacity as trustee of the MARSHALL LIVING TRUST DATED NOVEMBER 23, 1987*

Charleston, SC
April 25, 2023